Case 1:17-cv-07954-RA Document 11 Filed 01/11/18 Page 1 of 1

**MEMO ENDORSED**



1/12/18

# STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6557

January 11, 2018

**BY ECF**
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

> Application granted. SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> January 12, 2018

RE: *Pusepa v. Annucci*, No. 17 Civ. 7954 (RA) – [rel. *Doe v. Annucci*, 17 Civ. 1765 (RA)]

Dear Judge Abrams:

    This Office has received requests for representation from all defendants other than Rueben Illa and the unnamed Doe defendants in the above-captioned *Pusepa* case, has agreed to return waivers of service to plaintiff's counsel on their behalf, and anticipates it will be representing most of these defendants in the *Pusepa* case. We also represent defendants Annucci, Effman and Kaplan in the related *Doe* case ("Supervisory Defendants"). We write to respectfully request, with the consent of plaintiff's counsel, that both the time for all defendants to respond to the complaint in *Pusepa* and the time for Supervisory Defendants to respond to the complaint in *Doe* be set at 60 days from today, *i.e.*, March 12, 2018.[1]

    The grounds for this request are that this Office needs additional time to determine whether it is able to represent all defendants in *Pusepa*, and counsel wish time to explore the potential early settlement of both actions.

                              Respectfully,
                              /s/
                              Daniel Schulze
                              Special Litigation Counsel

cc:     Plaintiff's Counsel of Record (in both cases) (by ecf)

---

[1] The Court has indicated it intends to set a single schedule governing both cases. (*Pusepa* Docket 8). We believe there is no current response date in either case. The return of the waivers in *Pusepa*, most of which are dated October 18, 2018, could be read to require a response by December 18, 2017, but their return was contingent upon the agreed extension of this date. The Court extended the response date for Supervisory Defendants in *Doe sine die*. (*Doe* Docket 24).

120 BROADWAY, NEW YORK N.Y. 10271-0332 • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.AG.NY.GOV