

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

JANE DOE

                                     Civil Action No. 17-cv-1765 (RA)

        Plaintiff(s)

                                   **AFFIDAVIT OF SERVICE**

        v.

Anthony J. Annucci, et al.,

        Defendant(s)

-------------------------------------------------------/

STATE OF NEW YORK   )
             S.S.
COUNTY OF NEW YORK)

      **TIMOTHY M. BOTTI**, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 20th day of June, 2017, at approximately the time of 12:45pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; RELATED CASE STATEMENT; CIVIL COVER SHEET RIDER; AND INDIVIDUAL RULES & PRACTICES IN CIVIL CASES – RONNIE ABRAMS, UNITED STATES DISTRICT JUDGE** upon **JEFFREY GREEN** at 760 Decatur Street, Brooklyn, NY 11233 by personally delivering and leaving the same with a family member, **ROGER GREEN**, a person of suitable age and discretion at that address. At the time of service, deponent asked **ROGER GREEN** whether **JEFFREY GREEN** is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

      **ROGER GREEN** is a black male, approximately 48 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 180 pounds with short brown hair, goatee, missing teeth, dark eyes.

      That on the 21st day of June, 2017, deponent served another copy of the foregoing upon **JEFFREY GREEN** by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**JEFFREY GREEN**
760 Decatur Street
Brooklyn, NY 11233

**TIMOTHY M. BOTTI, #843358**

Sworn to before me this
22nd day of June, 2017

NOTARY PUBLIC

JONATHAN RIPPS
Notary Public-State of New York
No. 01RI6109718
Qualified in New York County
Commission Expires May 17, 2020

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com