UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/2/18
```

JANE DOE

                        Plaintiff(s),

        1:17 Civ. 01765 (RA)

- against -

        **CLERK'S CERTIFICATE OF DEFAULT**

ANTHONY J. ANNUCCI et al.,

                        Defendant(s).
------------------------------------------------------------X

        I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on March 9, 2017 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Jeffrey Green by personally serving a copy of each at Mr. Green's dwelling or usual place of abode with someone of suitable age and discretion who resides there and proof of service was therefore filed on 1/24/2018, Doc. #(s) 51.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

        February 2, 2018

                                                          RUBY J. KRAJICK
                                                          Clerk of Court

                                                  By: _____
                                                       Deputy Clerk