UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>       Plaintiff,<br><br>  -against-<br><br>ANTHONY J. ANNUCCI, et al.,<br><br>       Defendants. | Case No. 1:17-cv-01765-RA<br><br>**NOTICE OF MOTION FOR JUDGMENT OF DEFAULT** |

   PLEASE TAKE NOTICE that upon the accompanying Affirmation of Adam Elewa, executed on February 1, 2018, the exhibits thereto, and all others papers and proceedings filed thus far, plaintiff Jane Doe will move this Court at the United States District Courthouse, 40 Foley Square, New York, NY 10007 on such date as the Court shall determine, pursuant to Fed. R. Civ. P. 55(b), directing the entry of a default judgment against defendant Jeffrey Green.

Dated: New York, New York
    February 7, 2018

             LAW OFFICE OF ZACHARY MARGULIS-OHNUMA

             BY: s/Adam Elewa_____
             Adam Elewa
             260 Madison Avenue, 17th Floor
             New York, NY 10016
             (212) 685-0999
             *Attorneys for Plaintiff Jane Doe*