# LAW OFFICE OF
# ZACHARY MARGULIS-OHNUMA

March 6, 2018

**<u>Via ECF</u>**

Hon. Ronnie Abrams
U.S. District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

     RE: <u>Jane Doe v. Annucci et al.</u>, 17 Cv. 1765

Dear Judge Abrams:

  This office represents the plaintiff, Jane Doe, in the above-captioned case.  We write to withdraw, without prejudice, our motion for default judgment as to Jeffrey Green (ECF No. 65), and request an initial pretrial conference.

  This Court ordered on February 8, 2018 that Mr. Green show cause on March 9, 2018 as to why a default judgment should not be entered in favor of plaintiff and that Mr. Green respond to plaintiff's complaint by March 2, 2018. Our office received on March 5, 2018 a handwritten <u>pro se</u> answer postmarked February 28, 2018 from Mr. Green denying, in part, the allegations made in our complaint. The answer appears to have been mailed to this Court contemporaneously. Given that Mr. Green has answered the complaint we move to withdraw without prejudice our motion for default judgment against him.

  Additionally, we respectfully request that this Court schedule an initial pretrial conference shortly after March 12, 2018, the deadline for the "Supervisory Defendants" to file an answer. <u>See</u> ECF No. 32.

  Thank you for your attention to this case.

                  Very truly yours,

                  *Adam Elewa*

                  Adam Elewa

CC:  Defendant, Jeffrey Green (U.S. Mail)