# LAW OFFICE OF
# ZACHARY MARGULIS-OHNUMA

March 13, 2018

**Via ECF**

Hon. Ronnie Abrams
U.S. District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    RE: <u>Jane Doe v. Annucci et al.</u>, 17 Cv. 1765

Dear Judge Abrams:

  This office represents the plaintiff, Jane Doe, in the above-captioned case.  We write to ask the Court to dismiss the "counter claim" contained in defendant Jeffrey Green's answer, or in the alternative deny the relief requested by Mr. Green. <u>See</u> ECF No. 74 at 3.

  Mr. Green asks this Court to "[d]ismiss the affidavit due to false allegations, false statements by Plaintiff." <u>Id</u>. He also asserts that "video and audio will reveal the truth" and that "DNA was not obtain[ed] from defendant because of licking or biting Plaintiff." <u>Id</u>. Mr. Green's "counter claim," alternatively understood as a motion to dismiss, does not justify dismissal as it simply raises a factual dispute that can only be resolved after discovery. We therefore respectfully request that the Court dismiss Mr. Green's counter claim or deny the relief requested by Mr. Green.

  Thank you for your attention to this case.

                                                  Very truly yours,

                                                  *Adam Elewa*

                                                  Adam Elewa

CC:  Defendant, Jeffrey Green (U.S. Mail)