USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 05/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                Plaintiff,

      v.

JEFFREY GREEN,

                Defendant.

No. 17-CV-1765 (RA)

ORDER ADOPTING
REPORT & RECOMMENDATION

RONNIE ABRAMS, United States District Judge:

    On April 26, 2019, the Court granted Plaintiff's motion for a default judgment as to Defendant Jeffrey Green, concluding that Plaintiff had pleaded facts sufficient to support her claim that Green violated her Eighth Amendment rights by sexually assaulting her in prison. *See* Dkt. 125. The Court referred the matter to Magistrate Judge Ona T. Wang for an inquest into damages and attorney's fees. *Id*. Before the Court is Judge Wang's well-reasoned report and recommendation, which recommends that the Court award compensatory damages to Plaintiff in the amount of $350,000, punitive damages in the amount of $200,000, and attorney's fees and costs in the amount of $39,042.51, for a total award of $589,042.51. *See* Dkt. 137.

    A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Parties may object to a magistrate judge's recommended findings "[w]ithin 14 days after being served with a copy of the recommended disposition." Fed. R. Civ. P. 72(b)(2). "When the parties make no objections to the Report, the Court may adopt the Report if 'there is no clear error on the face of the record.'" *Smith v. Corizon Health Servs.*, No. 14-CV-8839 (GBD) (SN), 2015 WL 6123563, at

*1 (S.D.N.Y. Oct. 16, 2015) (quoting *Adee Motor Cars, LLC v. Amato*, 388 F. Supp. 2d 250, 253 (S.D.N.Y. 2005)).

No party has filed objections to the report within the time period set out in Rule 72. The Court has accordingly reviewed Judge Wang's report for clear error, and found none. The report is adopted in its entirety and Plaintiff is awarded the following: $350,000 in compensatory damages, $200,000 in punitive damages, and $39,042.51 in attorney's fees and costs.

The Clerk of Court is respectfully directed to mail a copy of this order to Defendant Green at 695 Chauncey Street, Brooklyn, NY 11207, to enter judgment against him, and—as all other defendants were previously terminated— to close this case.

SO ORDERED.

Dated:   May 28, 2021
         New York, New York

Ronnie Abrams
United States District Judge