**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

JANE DOE,

                     Plaintiff,                    17 **CIVIL** 1765 (RA)

        -against-                           **JUDGMENT**

JEFFREY GREEN,

                     Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 28, 2021, the Court has accordingly reviewed Judge Wang's report for clear error, and found none. The report is adopted in its entirety and Plaintiff is awarded the following: $350,000 in compensatory damages, $200,000 in punitive damages, and $39,042.51 in attorney's fees and costs; accordingly, the case is closed.

**Dated:** New York, New York
           May 28, 2021

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                             **BY:**   *K. Mango*

                                                    **Deputy Clerk**